FILED: January 26, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-1724
(3:08-cv-00192-FDW)

_____

Alfred T. Thomas,

Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; PETER GILCREST; NATHANIEL P. PROCTOR; YVONNE MIMS-EVANS; THOMAS C. PORTER; HELMS, MULLIS & WICKER PLLC,

Defendants – Appellees

_____

O R D E R

_____


Appellant has filed a renewed request to correct the case caption to use his full name rather than initials, in accordance with the captioning of the case in the district court.  The Court grants the motion and re-captions this case as it was captioned in the district court.

The caption and party sections on the first page of the opinion are amended to identify the appellant by name.  The references to appellant in the second and sixth lines on the

second page of the opinion are amended to identify the appellant by name.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-1724**

_____

Alfred T. Thomas,

              Plaintiff - Appellant,

       v.

UNITED STATES OF AMERICA; PETER GILCREST; NATHANIEL P.
PROCTOR; YVONNE MIMS-EVANS; THOMAS C. PORTER; HELMS, MULLIS
& WICKER PLLC,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge.  (3:08-cv-00192-FDW)

_____

Submitted:  November 10, 2008      Decided:  December 9, 2008

_____

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alfred T. Thomas, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred T. Thomas appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Thomas v. United States</u>, No. 3:08-cv-00192-FDW (W.D.N.C. May 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>